UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

THOMAS J. MANYOKI                       Case No.: 10-40483-RBR
                                                                         Chapter 13

         Debtor(s).
_____/

**DEBTOR'S MOTION TO REOPEN CASE TO AVOID JUDICIAL LIEN AND
CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING**

COME(S) NOW the Debtor(s), THOMAS J. MANYOKI, by and through the undersigned attorney, and moves this court to reopen the case to allow the Debtor to Avoid Judicial Liens on his homestead real property as reason thereof states as follows:

1. The debtor filed for Chapter 13 bankruptcy protection on October 5, 2010.

2. The court entered an Order Discharging the Debtor on October 24, 2013. The case was closed on January 2, 2014.

3. The Debtor is contemporaneously filing three Motions to Avoid Judicial Liens with this motion.

4. The Debtor requests that this court reopen the case to allow the Debtors to prosecute his Motions to Avoid Judicial Liens.

WHEREFORE, the Debtors request the Court to enter an Order Reopening the Case and grant such further relief as just and proper.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on  June 22, 2019 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF:

Peter Kneski on behalf of Creditor Peter Kneski
peter@kneski.comcastbiz.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Tennille M. Shipwash, Esq. on behalf of Creditor JPMorgan Chase Bank
efabian@flwlaw.com

Chad T Van Horn on behalf of Debtor Thomas J. Manyoki
Chad@cvhlawgroup.com, jay@cvhlawgroup.com;DeadlinesandHearings@gmail.com;

Martha@cvhlawgroup.com;Dan@cvhlawgroup.com;Mily@cvhlawgroup.com;Milagros@cvhlawgroup.com;Alex@cvhlawgroup.com;Sophie@cvhlawgroup.com

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Via US Mail:
Financial Independence Services Corp.
c/o Jorge Palma as Registered Agent
815 NW 57th Avenue
Miami, FL 33126

Financial Independence Services Corp.
c/o Raul Palma, as President or Other Officer
9425 SW 8th Terrace
Miami, FL 33174

New Century Financial Services, Inc.
C/o Corporation Service Company, as Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

New Century Financial Services, Inc.
C/o Jeffrey Esposito as President or Other Officer
110 S. Jefferson Road, Suite 104
Whippany, NJ 07981

First General Construction, Inc.
C/o Thomas A. Hogge as President or Other Officer
8001 NW 53rd Court
Lauderhill, FL 33351

First General Construction, Inc.
C/o Thomas A. Hogge as Registered Agent
8001 NW 53rd Court
Lauderhill, FL 33351

All other parties of record on the court mailing matrix

        *Law Offices of*
        **NOWACK & OLSON, PLLC**
        Attorney for Debtor(s)
        8551 Sunrise Blvd., Suite 208
        Plantation, FL 33322
        **(954) 349-2265**

        /s/ Mitchell J. Nowack
        MITCHELL J. NOWACK, ESQ.
        Florida Bar Number: 0099661